**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **OPENPRINT LLC,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**HP INC.,**<br><br>　　　　　　**Defendant.** | **Civil Action No. 17-cv-1077-GMS**<br>**Jury Trial Demanded** |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by and through the undersigned counsel for OpenPrint LLC and HP Inc., that Defendant HP Inc.'s time to answer, move, or otherwise respond to the Complaint in the above-referenced action shall be extended to and including October 12, 2017. The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint. The requested extension should not disrupt the scheduling in this case as a Rule 16 conference has not been set.

Dated: August 24, 2017

| DEVLIN LAW FIRM LLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Timothy Devlin* | */s/ Amy M. Dudash* |
| Timothy Devlin (#4241) | Amy M. Dudash (#5741) |
| tdevlin@devlinlawfirm.com | amy.dudash@morganlewis.com |
| 1306 N. Broom St., 1st Floor | 1007 Orange Street, Suite 501 |
| Wilmington, DE 19806 | Wilmington, Delaware 19801 |
| Telephone: (302) 449-9010 | Telephone: (302) 574-3000 |
| Facsimile: (302) 353-4251 | Facsimile: (302) 574-3001 |
| | |
| *Attorney for Plaintiff OpenPrint LLC* | *Attorney for Defendant HP Inc.* |

IT IS SO ORDERED this ___ day of August, 2017.

                                                                           _____
                                                                                 Hon. Gregory M. Sleet
                                                                       United States District Judge