# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPENPRINT LLC,<br><br>   Plaintiff,<br><br> v.<br><br>HP INC.,<br><br>   Defendant. | C.A. No.: 17-1077-GMS |

## STIPULATION AND [PROPOSED] ORDER TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(2), by Plaintiff OpenPrint LLC ("Plaintiff") and Defendant HP Inc. ("Defendant"), through their undersigned attorneys, and subject to the approval of the Court, that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff are dismissed without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

February 1, 2018

OF COUNSEL:
Neal G. Massand
Hao Ni
Timothy Wang
Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
(972) 331-4600
nmassand@nilawfirm.com
hni@nilawfirm.com
twang@nilawfirm.com
Jeffrey G. Toler
Craig Jepson
TOLER LAW GROUP, PC
8500 Bluffstone Cove, Suite A201
Austin, TX 78759
(512) 327-5515

/s/ Timothy Devlin
Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*ATTORNEYS FOR PLAINTIFF*
*OPENPRINT LLC*

/s/ Amy M. Dudash
Amy M. Dudash
Delaware Bar No. 5741
MORGAN, LEWIS & BOCKIUS LLP
The Nemours Building
1007 N. Orange Street, Suite 500
Wilmington, DE 19801
Tel: 302.547.7293
Fax: 302.574.3001
amy.dudash@morganlewis.com
Email: amy.dudash@morganlewis.com

Rick L. Rambo (*pro hac vice* motion forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4000
Houston, TX 77002
Tel: 713.890.5175
Fax: 713.890.5001
Email: rick.rambo@morganlewis.com

Jason E. Gettleman (*pro hac vice* motion forthcoming)

MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Tel: 650.843.4000
Fax: 650.843.4001
Email: jason.gettleman@morganlewis.com

*ATTORNEYS FOR DEFENDANT
HP INC.*

IT IS SO ORDERED this 2nd day of February, 2018.

**The Honorable Gregory M. Sleet
United States District Court Judge**